UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| RANDY MILLMAN, <br><br> Plaintiff, <br><br> vs. <br><br> GRIFFIN PIPE PRODUCTS CO., LLC, and ESIS, INC., <br><br> Defendants. | No. _____ <br><br> **NOTICE OF REMOVAL** |

Defendant ESIS, Inc. ("ESIS") hereby removes this action to the United States District Court for the Southern District of Iowa, Western Division. In support of removal, ESIS states as follows:

### State Court Filings

1. On or about November 16, 2023, Plaintiff Randy Millman, filed a Petition at Law (Jury Trial Requested) in the Iowa District Court for Pottawattamie County, styled *Randy Millman v. Griffin Pipe Products Co., LLC and ESIS, Inc.*, Case No. CVCV124716 (the "Petition."). A true and correct copy of the Petition is attached as Exhibit A.

2. That same date, Plaintiff filed an original notice directed to ESIS ("ESIS Notice") and an original notice for Griffin Pipe Products Co., LLC ("Griffin Notice"). A true and correct copy of the ESIS Notice is attached as Exhibit B and the Griffin Notice is attached as Exhibit C.

3. On November 17, 2023, the Iowa District Court for Pottawattamie County entered an order assigning the case to Judge Richard Davidson ("Case Assignment"). A true and correct copy of the Case Assignment is attached as Exhibit D.

4.  On November 28, 2023, a return of original notice was filed purporting that Griffin Pipe was served on November 27, 2023 ("Griffin Return of Service"). A true and correct copy of the Griffin Return of Service is attached as Exhibit E.

5.  On December 1, 2023, a return of original notice was filed purporting that ESIS was served on November 29, 2023 ("ESIS Return of Service"). A true and correct copy of the ESIS Return of Service is attached as Exhibit F.

6.  On December 5, 2023, a Notice of Noncompliance regarding registration for e-filing was sent to ESIS ("Noncompliance Notice"). A true and correct copy of the Noncompliance Notice is attached as Exhibit G.

7.  Pursuant to LR 81(a)(2), ESIS states there are no pending motions in the state court action.

8.  Pursuant to LR 81(a)(3), the following counsel have appeared in the state court action:

For the Plaintiff:

> T. J. Pattermann - #AT0006027
> LAW OFFICES OF GALLNER & PATTERMANN, P.C.
> Suite 145
> 300 West Broadway
> Council Bluffs, Iowa 51503
> Telephone: (712) 323-0999
> Fax: (712) 323-0814
> E-Mail: tjpattermann@sgallnerlaw.com

## Basis for Removal

9.  Pursuant to LR 81(a)(4), and because this action is removed based on diversity of citizenship under 28 U.S.C. § 1332, ESIS states that this action is a civil action in which Plaintiff seeks damages for common-law bad-faith denial of Plaintiff's worker's compensation benefits as well as damages for breach of fiduciary duty. *See* Ex. A, ¶¶ 1-21.

10. The Petition seeks "general, special and exemplary damages, interest as provided by law, attorney's fees if provided by law and the costs of this action." Ex. A, at 3-4 & ¶¶ 22-23.

11. Counsel for ESIS has contacted Plaintiff's counsel, who has not confirmed that Plaintiff is not seeking over $75,000 in damages in this action; Plaintiff's counsel has also not confirmed that, in the event over $75,000 in damages were awarded in this action, that Plaintiff would stipulate that the judgment entered be reduced to $75,000.

12. Based on the nature of Plaintiff's claims, including the possibility of punitive damages and attorney fees, and Plaintiff's communications regarding damages, Plaintiff is expected to seek to recover damages in this case that exceed $75,000, exclusive of costs and interest.

13. On information and belief, Plaintiff is a citizen of and resides in the state of Iowa.

14. ESIS is a Pennsylvania corporation with its principal place of business in Pennsylvania and therefore, under 28 U.S.C. § 1332(c)(1), is a citizen of Pennsylvania.

15. According to the biennial report Griffin Pipe filed with the Iowa Secretary of State in 2023, Griffin Pipe is a Delaware LLC with its principal office in Atlanta, Georgia ("Griffin Report"). A copy of the Griffin Report is attached as Exhibit H. Pursuant to 28 U.S.C. § 1332(c)(1), Griffin is a citizen of either Delaware or Georgia for purposes of diversity jurisdiction.

16. Complete diversity of citizenship exists between Plaintiff and Defendants ESIS and Griffin Pipe.

17. This Court has original jurisdiction over the case under 28 U.S.C. § 1332(a)(1), which gives the Court "original jurisdiction of all civil actions where the matter in controversy

exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States."

18. The Court has original jurisdiction over this case under 28 U.S.C. § 1332(a)(1), and the amount in controversy, exclusive of costs and interest, exceeds the sum of $75,000.

19. Defendant Griffin Pipe consents to this removal, as set forth in Exhibit I.

20. Venue is proper in this district pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 95(b)(3), because this district and division embraces the county in which the removed action has been pending.

21. Because ESIS was served on November 29, 2023, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446, because fewer than thirty (30) days have passed from the date on which ESIS was served with the Petition.

22. No previous Notice of Removal has been filed or made with this Court for the relief sought herein.

23. A copy of this notice of removal is being filed in the Iowa District Court for Pottawattamie County.

THEREFORE, Defendant ESIS, Inc., gives notice that the above-captioned action is removed to this Court from the Iowa District Court for Pottawattamie County.

/s/ Coreen K. Sweeney   AT0007759
/s/ Keith P. Duffy        AT0010911
Nyemaster Goode, PC
700 Walnut Street, Suite 1600
Des Moines, Iowa 50309
Telephone: 515-283-3100
Facsimile: 515-283-8045
Email: cksweeney@nyemaster.com
Email: kduffy@nyemaster.com

**ATTORNEYS FOR DEFENDANT ESIS, INC.**

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 27, 2023, a true and correct copy of the foregoing document was on the following parties and their counsel of record via the Court's CM/ECF system.

/s/ *Kristina A. Renslow*